Fidalma Del Genovese, as Administratrix, etc., Appellant, v. Alfredo Del Genovese, Respondent. — Motion granted, on condition that the appellant apply at the Special Term within ten days, and pay ten dollars costs.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Ella Pearl Elliott, as Executrix, etc., Respondent, v. William W. Niles and Another, etc., Appellants. — Motion denied, without costs.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Arthur Gabie, Appellant, v. Homer C. Newton, Respondent. — The appellant has failed to show any merits as required by the special rule of this court adopted October, 4, 1910.  (See, also, *Schorr* v. *Weisfeld*, *ante*, p. 899, decided May 8, 1914.)  Decision of the motion held for one week for the presentation of proper papers.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Robert Grafton, Appellant, v. John Oscar Ball, Respondent. — Motion to dismiss appeal denied, without costs.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Martin V. W. Hall, Respondent, v. Woodmere Homestead Company and Another, Defendants.  John McVickar Richmond, Appellant. — Motion to dismiss appeal denied, without costs.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of the Public Service Commission, etc., for the Appointment of Commissioners of Appraisal, etc.  Nostrand Avenue, from Union Street to Eastern Parkway, etc. — Motion denied, without costs.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of Daniel S. Woolley, etc. — Motion for resettlement denied.  We see no reason to interfere with the discretion of the surrogate in refusing to make the costs of this accounting payable out of the estate.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John Reis Company, Respondent, v. Mary Elizabeth Post, Executrix, etc., Appellant. — Motion denied, with ten dollars costs, without prejudice to an application by the plaintiff to this court at a Special Term thereof for leave to amend its complaint upon such terms as may be just. Plaintiff sought no relief by way of motion.  The relief now asked for was not included in defendant's notice of motion.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Edwin Layden, Appellant, v. Knickerbocker Ice Company, Respondent. — Motion denied, with leave to apply to the Special Term.  While the Appellate Division, as a condition of not dismissing an appeal, may limit the time to serve a case or perfect an appeal, motions to extend the time to make and serve a case are properly made at Special Term.  (*Odell* v. *McGrath*, 16 App. Div. 103; *Matter of Stafford*, 21 id. 476.)  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Esther Lehrman, Respondent, v. Harry Lehrman, etc., Appellant. — Motion for stay granted.  Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.